[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  15-11063
Non-Argument Calendar

_____

D. C. Docket No. 1:12-cr-00389-AT-GGB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHAWN LAVON BROWN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(April 4, 2016)

Before TJOFLAT, MARCUS and JILL PRYOR:

PER CURIAM:

Albert Norton, Jr., appointed counsel for Shawn Brown in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record, including Brown's responses to counsel's motion, reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent

examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**.  Brown's motion to proceed *in forma pauperis* and motions to discharge counsel and appoint new counsel are **DENIED AS MOOT**.

At sentencing, the district court pronounced a restitution amount of $1,230,021. However, that amount does not match the amount in the written judgment and the record contains no explanation for the discrepancy.  We therefore **AFFIRM** Brown's conviction and sentence but **REMAND** with instructions to correct the clerical error in the written judgment. *See United States v. Massey*, 443 F.3d 814, 822 (11th Cir. 2006); Fed. R. Crim. P. 36.

**MOTION TO WITHDRAW GRANTED. CONVICTION AND SENTENCE AFFIRMED; REMANDED FOR THE PURPOSE OF CORRECTING JUDGMENT.**